**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CITGO PETROLEUM CORPORATION,** § § | | |
| **Plaintiff,** § § | | |
| v. § | **CIVIL ACTION NO. 4:15-cv-03213** | |
| § | | |
| **JAMES C. JUSTICE COMPANIES, INC.,** § § | | |
| **Defendant.** § | | |

**CERTIFICATE OF INTERESTED PARTIES FOR**
**CITGO PETROLEUM CORPORATION**

In accordance with the Order for Conference and Disclosure of Interested Parties entered by this Court on November 2, 2015, CITGO Petroleum Corporation ("CITGO") files this Certificate of Interested Parties and respectfully states as follows:

**CERTIFICATION**

The undersigned counsel of record for CITGO certifies that the following listed entities have a financial interest in the outcome of this litigation:

  a. CITGO Petroleum Corporation.

  b. James C. Justice Corporation, Inc.

1

Dated: November 16, 2015

                Respectfully submitted,

By: */s/ Aaron R. Crane*
    Aaron R. Crane
    Attorney-in-Charge
    Texas SBN 24050459
    Southern District ID No. 619093
    Robert L. Pillow
    Texas SBN 24080315
    Southern District ID No. 2258484
    **HOGAN LOVELLS US, L.L.P.**
    700 Louisiana, Suite 4300
    Houston, Texas 77002
    T (713) 632-1400
    D (713) 632-1446
    F (713) 632- 1401

    **Counsel for CITGO Petroleum Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. For parties without counsel of record, I certify that the foregoing document is being served via certified mail.

                                        */s/ Robert L. Pillow*
                                        Robert L. Pillow