IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CITGO PETROLEUM CORPORATION, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-cv-3213 |
| JAMES C. JUSTICE COMPANIES, INC., | § § | |
| Defendant. | § § | |

## PROPOSED ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered the Joint Motion to Dismiss with Prejudice filed by Plaintiff CITGO Petroleum Corporation and Defendant James C. Justice Companies, Inc. on the grounds that a settlement agreement has been reached. The Court, after considering the motion and pleadings herein, finds that the motion should be GRANTED.

It is, therefore, ORDERED that all claims and causes of action in the above captioned case are dismissed with prejudice.

FURTHERMORE, the Court shall retain exclusive jurisdiction to preside over any alleged breach of the settlement agreement. Any breach of the settlement agreement will be considered a violation of this judgment of dismissal for jurisdictional purposes.

Signed at Houston, Texas, this 17th day of December, 2015.

Lee H. Rosenthal
United States District Judge

3